## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Luis Menendez, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1.        I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2.        I have been a Special Agent with the Federal Bureau of Investigation (FBI) since August 28, 2023. I am currently assigned to the FBI San Juan Violent Crimes Task Force. I currently have investigative responsibility for a wide range of investigative matters, to include, but not limited to: street level violent gangs and criminal organizations operating in Puerto Rico; narcotics distribution; firearms offenses; extortion; carjacking; bank robberies; kidnappings; and murder. Prior to my appointment as a Special Agent with the FBI, I served as an FBI Police Officer out of Washington D.C. for approximately two (2) years.

3. As an FBI Police Officer, I served as a first responder to any emergency and maintain access points at FBI facilities and patrol the grounds, buildings, and surrounding areas. I investigated and reported suspicious persons and activities, maintain order, protect citizens, and promote community relations. I also traveled across the country to support FBI operations and special events. Prior to FBI Police, I served as a Police Officer with the Jacksonville Sheriff's Office for approximately two (2) years.

4. As a Police Officer, I conducted law enforcement responsibilities, served as a first responder to any emergency, conducted preliminary or complete investigations, amongst many other duties. As a Special Agent, I have received training in a variety of criminal violations to include narcotics, public corruption, money laundering and various other

1

matters within the jurisdiction of the FBI. My experience as a Special Agent, as a direct result of my duties in drug and gang-related investigations, includes participation in surveillance, working with confidential sources, writing affidavits, and executing search warrants.

5. I am personally familiar with the facts and circumstances surrounding this investigation from information obtained from other law enforcement officers with personal knowledge of the facts. The following information was obtained and provided to me by Task Force Officers and other law enforcement officers from the Puerto Rico Police Bureau (PRPB). Since this affidavit is submitted only for the limited purpose of securing the warrant sought, I have not set forth every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the warrant sought.

6. Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe Joshuan Gonzalez De Jesus violated Title 18, United States § 1951, Hobbs Act, 18 U.S.C. § 924 (c)(1)(A)(ii) Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence.

## FACTS SUPPORTING PROBABLE CAUSE

7.     On September 26, 2025, the Texaco gas station located at located in Levitown Toa Baja Puerto Rico ("Texaco") was robbed by gunpoint. This gas station sells gasoline, cigarettes, and other goods that have been shipped and transported in interstate or foreign commerce and is a business that affects interstate and foreign commerce.

8.     K.O.Z. (victim) is an employee of the Texaco and was working the cash register. K.O.Z. recalls the following events: At approximately 12:25 AM a light-colored Mitsubishi Mirage with its head lights off, drove into the parking lot at a high rate of speed

2

and stopped abruptly. A thin individual of dark skin complexion with tattoos on his hands wearing a black and gray hoodie, later identified during the investigation as Joshuan Gonzalez-De Jesus (Henceforth known as Gonzalez), exited the passenger side of the vehicle and entered the store of the Texaco. K.O.Z. was still at the cash register, when Gonzalez approached and asked for some Newport 100 cigarettes and some "hojas the tabaco" (rolling paper). Upon turning around, Gonzalez pointed a black pistol, Glock style, at K.O.Z. Gonzalez demanded K.O.Z. hand over the cash in the register. K.O.Z. handed over a total of $55 U.S. Dollars and a case of Newport cigarettes valued at $13 USD. Gonzalez demanded all the money. K.O.Z. explained that there was no more and showed the empty cash register. Gonzalez then left the area.

9.      K.O.Z. notified agents that Gonzalez was wearing a black face mask but would be able to identify him by his hand tattoos that in the form of animal figures.

10.     The events were captured by Texaco's surveillance system. An individual wearing a black hoodie with white lettering in the front is observed exiting the passenger side of a white Mitsubishi Mirage and entering the Texaco. The same individual is observed engaging with K.O.Z., later brandishing and aiming what appears to be a pistol towards K.O.Z. (as depicted in the images below). The individual then boards the passenger side of the white Mirage and leaves.









11.     Just a few minutes later, on September 26, 2025, at approximately 12:30 AM,

a short distance from the Texaco, agents from the Puerto Rico Police Bureau Bayamón Area,

who were conducting preventive patrols on Avenida Los Dominicos in Levitown, observed a vehicle that had its headlights off going in the direction of Sabana Seca. The vehicle was a Mitsubishi Mirage G4 white in color, license plate JVN-162.

12.    At approximately 12:35 AM, agents requested information related to the vehicle's license plate and learned that the vehicle had been recently reported stolen during an armed carjacking incident that occurred in Caimito, within the San Juan Area, on September 25, 2025.

13.    Agents were also informed of the connection between JVN-162 and a gas station robbery that had occurred minutes earlier (at the Texaco).

14.    Agents turned on their emergency lights in an effort to stop JVN-162. A pursuit ensued but quickly concluded on Highway #5 at the intersection with Calle Parque, Puente Blanco, kilometer 3.1, in Cataño when the driver of JVN-162 lost control and crashed into a ditch. Two subjects exited the crashed JVN-162 through the passenger side window and ran away from the agents. Gonzalez exited first and then Ortiz exited. The agents quickly apprehended both subjects laying in the prone position on a grassy area. The pair was placed under arrest at approximately 12:41 AM.

15.    The two subjects were identified as Joshuan Gonzalez-De Jesus (age 22) and Jonathan Ortiz Padilla (age 18).

16.    A few feet away from where Gonzalez and Ortiz were laying down, agents recovered a black Glock pistol, model 22, .40 caliber, bearing serial number BFP-131 on the frame, and a second serial number of DCN-686 US on slide with a magazine with a capacity of 22 rounds, loaded with sixteen (16) rounds of .40 caliber ammunition. Gonzalez had on his person a black Glock-brand magazine, .40 caliber, with a 22-round capacity, loaded with twenty-one (21) rounds that was seized incident to his arrest.

6

17.     At the time of his arrest, as captured by the officer's body worn cameras, Gonzalez was dressed in the same way as shown in the Texaco's surveillance video depicted above to include the black hoodie with the white Reebok logo. Both Ortiz and Gonzalez had black ski masks around their necks.

18.     Consistent with K.O.Z.'s descriptions, it was confirmed that Gonzalez has tattoos on both hands as depicted below. One of the tattoos depicts an elephant.



19.     The stolen vehicle (JVN-162) was recovered and transported to the Cupey Precinct to undergo forensic processing.

20.    Based upon my training, experience, and the above facts, I respectfully submit there is sufficient probable cause to show Joshuan Gonzalez-De Jesus committed a violation of Title 18, United States Code, Section 1951 (Hobbs Act Robbery) and Title 18, United States Code, Section 924 (c)(1)(A)(ii) Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence.

I therefore request that an arrest warrant be issued so that he can be brought to Court forthwith.  I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

Luis Menendez
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to FRCP 4.1 at 10:13 am by telephone,  this 27th day of  September 2025.

Digitally signed by Hon. Giselle López-Soler

Hon. Giselle López-Soler
U.S. Magistrate Judge
District of Puerto Rico

8